# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 9, 2014

### NO.  03-14-00191-CV

**Natasha Taylor, Appellant**

**v.**

**VRM (Vendor Resource Management), Duly Authorized Agent for
the Secretary of Veterans Affairs, Appellee**

### APPEAL FROM COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
### BEFORE JUSTICES PURYEAR, GOODWIN, AND FIELD
### DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE PURYEAR

This is an appeal from the judgment signed by the trial court on February 24, 2014.  Appellant

has filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that

the motion should be granted.  Therefore, the Court grants the motion and dismisses the appeal.

Because appellant is indigent and unable to pay costs, no adjudication of costs is made.